Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Pranee Horton*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pranee Horton,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Trans Union, LLC and Bank of America, N.A.,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-01386-GMN-DJA<br><br>**Motion for an extension of time for Defendant Trans Union, LLC to respond to Plaintiff's complaint** |

　　　Pranee Horton ("Plaintiff"), by and through counsel, hereby requests an extension of time for Trans Union, LLC ("Defendant") to respond to the complaint. Defendant's responsive pleading was due on September 20, 2022. This is the first request for an extension of this deadline.

　　　The extension is sought because the parties are actively engaged in case-resolution negotiations.

///
///
///

---

MOTION　　　　　　　　　　　　　- 1 -

|   |   |
|---|---|
| 1 | In good faith and not for the purposes of delay, Plaintiff submits this motion, on behalf of Defendant, and requests that this Court extend Defendant's deadline to file its responsive pleading until on or before **October 31, 2022.** |

Dated: September 23, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Pranee Horton*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 27, 2022

MOTION                    - 2 -